IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.   1:20-cr-00152-PAB              Date:  January 14, 2022

Case Title:  United States v. Jayson Penn et al.

UNITED STATES WITNESS LIST

| WITNESS<br>(FACT WITNESS IN **BOLD**) | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY* |
|---|---|
| **Special Agent LaNard Taylor** | 2/24-28 – 8 hours |
| **Barry Barnett** | 2/28 – 1.5 hours |
| **Steve McCormick** | 2/28 – 1.5 hours |
| Verizon Custodian** | 2/28 – 0.75 hours |
| AT&T Custodian** | 2/28 – 0.75 hours |
| Ted Sangalis** | 3/1 – 0.75 hours |
| Sean King** | 3/1 – 0.75 hours |
| Matt Bunch** | 3/1 – 0.75 hours |
| Carolyn Sue Arens** | 3/1 – 0.75 hours |
| Stephen Gresch** | 3/1 – 0.75 hours |
| Ken Oliver** | 3/1 – 0.75 hours |
| **Carl Pepper** | 3/1-2 – 8 hours |
| Lumakar Challa** | 3/2 – 0.75 hours |
| William Kent** | 3/3 – 0.75 hours |
| Stewart Ward** | 3/3 – 0.75 hours |
| Gregory Finch** | 3/3 – 0.75 hours |
| Larry Barela** | 3/3 – 0.75 hours |
| Simeon Morbey** | 3/3 – 0.75 hours |
| Anna Bieganowska** | 3/3 – 0.75 hours |
| Robert Hood** | 3/3 – 0.75 hours |
| Brian Coan** | 3/7 – 0.75 hours |
| K.C. Tucker** | 3/7 – 0.75 hours |
| Gary Weeks** | 3/7 – 0.75 hours |
| Robert Dawson** | 3/7 – 0.75 hours |
| Perdue Custodian** | 3/7 – 0.75 hours |
| Chick-fil-A Custodian** | 3/7 – 0.75 hours |
| Sheri Garland** | 3/7 – 0.75 hours |
| Tara Love** | 3/7 – 1 hour |
| Rachel Evans** | 3/8 – 2.5 hours |

| Witness | Date – Length |
|---|---|
| **Dean Bradley** | 3/8 – 2.5 hours |
| **Andrew Lubert** | 3/8 – 1.5 hours |
| **Michael Ledford** | 3/9-10 – 7 hours |
| **Sara Fisher** | 3/10 – 3 hours |
| **Peter Suerken** | 3/10 – 3 hours |
| **Robert Bryant** | 3/14-15 – 12 hours |
| **Robert Lewis** | 3/15-16 – 3.5 hours |
| **James Olson** | 3/16 – 2 hours |
| **Michael Donohue** | 3/16 – 1 hour |
| **Eric Scholer** | 3/16 – 1 hour |
| **Eric Oare** | 3/17 – 1 hour |
| **Telly Smith** | 3/17 – 3 hours |
| **Melissa Hoyt** | 3/17 – 2.5 hours |
| **Joseph Brink** | 3/21 – 3 hours |

\* The government's estimated length of testimony is based on its planned direct examination, and estimated cross-examination and redirect length based on the prior trial.

\*\* The government reserves the right to substitute one or more persons to provide the same or similar testimony as it intends to elicit from the witness identified on this List.