**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. JAYSON JEFFREY PENN,
2. MIKELL REEVE FRIES,
3. SCOTT JAMES BRADY,
4. ROGER BORN AUSTIN,
5. TIMOTHY R. MULRENIN,
6. WILLIAM VINCENT KANTOLA,
7. JIMMIE LEE LITTLE,
8. WILLIAM WADE LOVETTE,
9. GARY BRIAN ROBERTS,
10. RICKIE PATTERSON BLAKE,**

    Defendants.

**UNITED STATES' MOTION FOR LEAVE TO FILE MOTION FOR
A PRE-TRIAL RULING ON AUTHENTICITY AND BUSINESS RECORDS**

The government respectfully moves for leave to file the attached Motion for a Pre-Trial Ruling on Authenticity and Business Records. With re-retrial beginning on February 22, 2022, the government seeks to confirm that documents already authenticated in the first trial remain authentic for purposes of the retrial.

    Dated: February 3, 2022        Respectfully submitted,

/s/ Michael T. Koenig
MICHAEL KOENIG
HEATHER CALL
CAROLYN SWEENEY
PAUL TORZILLI
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 616-2165
Email: michael.koenig@usdoj.gov
*Attorneys for the United States*