# ATTACHMENT A

| Trial Exhibit Number | DocID |
|---|---|
| 118 | TY-000064024 |
| 209 | KOCHFOODS-0000246839 |
| 319 | CLAXTON_0178609 |
| 403 | KOCH_0001260075 |
| 501 | CLAXTON_0022760 |
| 502 | CLAXTON_0022761 |
| 503 | CLAXTON_0089312 |
| 504 | CLAXTON_0089372 |
| 505 | CLAXTON_0089378 |
| 506 | CLAXTON_0173792 |
| 507 | CLAXTON_0173798 |
| 508 | CLAXTON_0178815 |
| 513 | MJPoultry-0000458932 |
| 514 | MJPoultry-0000458933 |
| 520 | PILGRIMS-0005796830 |
| 526 | PILGRIMS-0005934829 |
| 527 | PILGRIMS-0005934839 |
| 538 | PILGRIMS-DOJ-0000105031 |
| 540 | PILGRIMS-DOJ-0000502303 |
| 547 | PILGRIMS-DOJ-0002270246 |
| 579 | CLAXTON_0089306 |
| 601 | GEO_0000337169 |
| 602 | GEO_0000338128 |
| 603 | GEODOJ_0000741 |
| 604 | GEODOJ_0001696 |
| 605 | GEODOJ_0004950 |
| 614 | TY-000159946 |
| 707 | GEODOJ_0001607 |
| 708 | GEODOJ_0001713 |
| 709 | GEODOJ_0001714 |
| 712 | GEODOJ_0110083 |
| 713 | GEODOJ_0164394 |
| 714 | GEODOJ_0165128 |
| 715 | GEODOJ_0165129 |
| 716 | GEODOJ_0166818 |
| 717 | GEODOJ_0166819 |
| 718 | GEODOJ_0167950 |
| 719 | GEODOJ_0174491 |
| 720 | GEODOJ_0174492 |
| 721 | GEODOJ_0198417 |
| 722 | GEODOJ_0198419 |
| 723 | GEODOJ_0198420 |
| 724 | GEODOJ_0198421 |
| 762 | CLA_0228956 |

| | |
|---|---|
| 800 | KOCH_0000111644 |
| 801 | KOCH_0000473001 |
| 802 | KOCH_0000473002 |
| 804 | KOCH_0001174791 |
| 805 | KOCH_0001174793 |
| 806 | KOCH_0001176263 |
| 807 | KOCH_0001176462 |
| 808 | KOCH_0001176463 |
| 809 | KOCH_0001257085 |
| 810 | KOCH_0001697070 |
| 811 | KOCH_0001697071 |
| 812 | KOCH_0002115941 |
| 813 | KOCH_0002181461 |
| 814 | KOCH_0002181463 |
| 815 | KOCH_0002193748 |
| 816 | KOCH_0002257011 |
| 960 | TF-0003607787 |
| 967 | TY-000939917 |
| 968 | TY-000976841 |
| 975 | TY-005356271 |
| 977 | GEODOJ_0002077 |
| 984 | TY-000130111 |
| 1000 | CLA_0078160 |
| 1006 | GEO_0000714573 |
| 1009 | GEO_0000733853 |
| 1010 | GEO_0000733855 |
| 1011 | GEO_0000737587 |
| 1012 | GEO_0000737732 |
| 1013 | GEO_0000737745 |
| 1014 | GEO_0000737746 |
| 1015 | GEO_0000737762 |
| 1016 | GEO_0000808574 |
| 1017 | GEODOJ_0005961 |
| 1018 | GEODOJ_0005962 |
| 1019 | KOCHFOODS-0000138643 |
| 1023 | KOCHFOODS-0000227518 |
| 1024 | KOCHFOODS-0000227520 |
| 1073 | PILGRIMS-DOJ-0000513473 |
| 1128 | RSCS002699 |
| 1130 | RSCS005490 |
| 1131 | RSCS020854 |
| 1142 | TF-0003607790 |
| 1145 | TY-000637803 |
| 1146 | TY-000637804 |
| 1156 | TY-000938798 |
| 1157 | TY-000939020 |

| | |
|---|---|
| 1159 | TY-000939602 |
| 1164 | TY-000973764 |
| 1165 | TY-000973765 |
| 1166 | TY-000974491 |
| 1167 | TY-000974492 |
| 1168 | TY-000974493 |
| 1192 | TY-001614926 |
| 1221 | GEO_0000714738 |
| 1224 | RSCS004646 |
| 1245 | RSCS027838 |
| 1253 | MJPoultry-0000077703 |
| 1254 | KOCHFOODS-0000249843 |
| 1255 | KOCHFOODS-0000249844 |
| 1256 | PILGRIMS-DOJ-0002731134 |
| 1402 | CLA_0191959 |
| 1403 | CLA_0191961 |
| 1404 | CLA_0191962 |
| 1408 | GEODOJ_0637070 |
| 1504 | CLA_0081132 |
| 1507 | CLA_0191582 |
| 1509 | CLAXTON_0012420 |
| 1510 | GEO_0000528203 |
| 1512 | GEO_0000808862 |
| 1513 | GEO_0000808863 |
| 1516 | GEO_0001411447 |
| 1517 | GEO_0001411448 |
| 1518 | GEO_0001411449 |
| 1564 | GEO_0001421272 |
| 1703 | CLAXTON_0012417 |
| 1704 | CLAXTON_00124 19 |
| 1732 | GEO_0001414716 |
| 1736 | PILGRIMS-0002933524 |
| 1801 | CLA_0075620 |
| 1802 | CLA_0075976 |
| 1807 | GEODOJ_0088047 |
| 1808 | GEODOJ_0088048 |
| 1809 | GEODOJ_0088054 |
| 1810 | GEODOJ_0088055 |
| 1811 | GEODOJ_0088056 |
| 1812 | GEODOJ_0119314 |
| 1817 | KOCHFOODS-0000257660 |
| 1857 | PILGRIMS-DOJ-0000915353 |
| 1896 | PILGRIMS-DOJ-0002105275 |
| 1920 | RSCS018799 |
| 1925 | RSCS019172 |
| 1930 | RSCS019365 |

| | |
|---|---|
| 1931 | RSCS019494 |
| 1933 | RSCS022185 |
| 1934 | RSCS022186 |
| 1935 | RSCS022923 |
| 1936 | RSCS022924 |
| 1939 | RSCS024859 |
| 1940 | RSCS025065 |
| 1941 | RSCS025592 |
| 1948 | RSCS026568 |
| 1949 | RSCS026633 |
| 1950 | RSCS027415 |
| 1954 | TY-005514493 |
| 3001 | CLA_0192747 |
| 3002 | CLAXTON_0137666 |
| 3003 | GEO_0000826258 |
| 3004 | GEODOJ_0168553 |
| 3005 | GEODOJ_0225765 |
| 3006 | KOCH_0002118465 |
| 3007 | KOCH_0002118466 |
| 3008 | KOCH_0002222819 |
| 3009 | KOCH_0002222821 |
| 3059 | TY-001423518 |
| 3060 | TY-001423519 |
| 3081 | CLAXTON_0011443 |
| 3082 | CLAXTON_0011461 |
| 6001 | CLA_0078018 |
| 6003 | CLA_0078156 |
| 6005 | CLA_0078158 |
| 6045 | CLA_0192187 |
| 6046 | CLA_0192603 |
| 6052 | CLA_0193330 |
| 6053 | CLA_0193572 |
| 6055 | CLA_0193683 |
| 6081 | CLAXTON_0000986 |
| 6082 | CLAXTON_0013238 |
| 6083 | CLAXTON_0121531 |
| 6084 | CLAXTON_0136239 |
| 6085 | GEO_0001421261 |
| 6090 | GEODOJ_0333984 |
| 6091 | GEODOJ_0333987 |
| 6092 | GEODOJ_0334001 |
| 6093 | GEODOJ_0334002 |
| 6094 | GEODOJ_0334213 |
| 6095 | GEODOJ_0334216 |
| 6096 | GEODOJ_0334456 |
| 6097 | GEODOJ_0334505 |

| | |
|---|---|
| 6098 | GEODOJ_0334506 |
| 6099 | GEODOJ_0334511 |
| 6100 | GEODOJ_0334512 |
| 6101 | GEODOJ_0336818 |
| 6102 | GEODOJ_0345147 |
| 6103 | GEODOJ_0350173 |
| 6104 | GEODOJ_0350175 |
| 6105 | GEODOJ_0352415 |
| 6106 | GEODOJ_0352941 |
| 6107 | GEODOJ_0352957 |
| 6108 | GEODOJ_0352958 |
| 6109 | GEODOJ_0354040 |
| 6110 | GEODOJ_0357646 |
| 6111 | GEODOJ_0357647 |
| 6112 | GEODOJ_0361981 |
| 6113 | GEODOJ_0364411 |
| 6114 | GEODOJ_0364412 |
| 6115 | GEODOJ_0574208 |
| 6116 | GEODOJ_0574209 |
| 6117 | GEODOJ_0575276 |
| 6118 | GEODOJ_0575277 |
| 6119 | GEODOJ_0578662 |
| 6120 | GEODOJ_0578663 |
| 6121 | GEODOJ_0579835 |
| 6122 | GEODOJ_0579836 |
| 6125 | KOCH_0000555521 |
| 6126 | KOCH_0001097776 |
| 6127 | KOCH_0001108958 |
| 6128 | KOCH_0001115514 |
| 6130 | KOCH_0001130283 |
| 6131 | KOCH_0001175647 |
| 6132 | KOCH_0001188741 |
| 6133 | KOCH_0001256909 |
| 6135 | KOCH_0002259507 |
| 6136 | KOCH_0002515670 |
| 6308 | GEO_0001421262 |
| 6309 | GEODOJ_0318908 |
| 6310 | GEODOJ_0318909 |
| 6311 | GEODOJ_0318985 |
| 6312 | GEODOJ_0318986 |
| 6313 | GEODOJ_0319335 |
| 6314 | GEODOJ_0324609 |
| 6315 | GEODOJ_0324610 |
| 6316 | GEODOJ_0573591 |
| 6317 | GEODOJ_0573592 |
| 6318 | GEODOJ_0650994 |

| | |
|---|---|
| 6319 | GEODOJ_0651351 |
| 6320 | GEODOJ_0651352 |
| 6321 | GEODOJ_0653132 |
| 6322 | GEODOJ_0653133 |
| 6323 | GEODOJ_0653706 |
| 6324 | GEODOJ_0653707 |
| 6325 | GEODOJ_0653708 |
| 6326 | GEODOJ_0656331 |
| 6327 | GEODOJ_0672838 |
| 7002 | GEO_0000427526 |
| 7003 | GEODOJ_0336141 |
| 7004 | KOCH_0001173313 |
| 7005 | KOCH_0002192947 |
| 8010 | CLAXTON_0181706 |
| 8011 | GEODOJ_0225752 |
| 8015 | RSCS013189 |
| 8016 | RSCS024717 |
| 9009 | CLAXTON_0087905 |
| 9011 | GEODOJ_0574731 |
| 9012 | KOCH_0002515419 |
| 9142 | CLA_0075888 |
| 9143 | CLA_0133351 |
| 9145 | CLAXTON_0000081 |
| 9146 | CLAXTON_0011048 |
| 9147 | CLAXTON_0024099 |
| 9148 | GEO_0000719600 |
| 9149 | GEO_0000824073 |
| 9150 | GEO_0001412690 |
| 9151 | GEODOJ_0005076 |
| 9152 | KOCH_0000055997 |
| 9153 | KOCH_0001229667 |
| 9256 | GEO_0000813114 |
| 9257 | GEO_0000813120 |
| 9259 | GEO_0000410041 |
| 9260 | GEO_0000802541 |
| 9654 | KOCHFOODS-0000214399 |
| 9662 | CLAXTON_0181697 |
| 9754 | TY-007001139 |
| 9798 | TY-001230711 |
| 9799 | TY-001230712 |
| 9809 | TY-000693096 |
| 9810 | TY-000693098 |
| 9811 | TY-000694682 |
| 9812 | TY-000694683 |
| 9812 | TY-000694683 |
| 9813 | TY-000694805 |

7

| | |
|---|---|
| 9814 | TY-000694806 |
| 9815 | TY-000695236 |
| 9816 | TY-000695237 |
| 9817 | TY-000695391 |
| 9817 | TY-000695391 |
| 9819 | TY-000695395 |
| 9820 | TY-000695396 |
| 9822 | TY-000697452 |
| 9823 | TY-000697453 |
| 9824 | TY-000697454 |
| 9825 | TY-000697455 |
| 9826 | TY-000697768 |
| 9827 | TY-000697769 |
| 9828 | TY-000697771 |
| 9829 | TY-000697772 |
| 9830 | TY-000716895 |
| 9831 | TY-000716897 |
| 9832 | TY-000716992 |
| 9833 | TY-000716993 |
| 9834 | TY-000716995 |
| 9835 | TY-000716996 |
| 9836 | TY-000716998 |
| 9837 | TY-000720944 |
| 9838 | TY-000720946 |
| 9839 | TY-000720947 |
| 9840 | TY-000720949 |
| 9841 | TY-000720774 |
| 9842 | TY-000720767 |
| 9843 | TY-000720763 |
| 9844 | TY-000720749 |
| 9845 | TY-000720745 |
| 9846 | TY-000720693 |
| 9847 | TY-000720691 |
| 9848 | TY-000721156 |
| 9851 | TY-000722574 |
| 9852 | TY-000743223 |
| 9853 | TY-000743226 |
| 9854 | TY-000745907 |
| 9855 | TY-000745909 |
| 9856 | TY-000745910 |
| 9857 | TY-000746268 |
| 9858 | TY-000746272 |
| 9862 | TY-000746515 |
| 9863 | TY-000797680 |
| 9864 | TY-000797681 |
| 9868 | PILGRIMS-0009357814 |

| 9871 | RSCS030061 |
|------|------------|
| 9881 | TY-000128353 |
| 9882 | TY-000133222 |
| 9883 | TY-000633653 |
| 9885 | TY-000634075 |
| 9887 | TY-000636164 |
| 9888 | TY-000636165 |
| 9893 | TY-000939584 |