IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JAYSON JEFFREY PENN,**
2. **MIKELL REEVE FRIES,**
3. **SCOTT JAMES BRADY,**
4. **ROGER BORN AUSTIN,**
5. **TIMOTHY R. MULRENIN,**
6. **WILLIAM VINCENT KANTOLA,**
7. **JIMMIE LEE LITTLE,**
8. **WILLIAM WADE LOVETTE,**
9. **GARY BRIAN ROBERTS,**
10. **RICKIE PATTERSON BLAKE,**

    Defendants.

## UNITED STATES' NOTICE OF SUMMARY EXHIBITS

The government respectfully submits the summary exhibits it intends to offer at trial. As ordered by the Court on February 24, 2022, the attached summary exhibits contain the entries contained in the exhibits provided to the defendants on February 10, 2012, less entries that were subsequently removed due to the exclusion of the underlying exhibits—at least as to admissibility against 10 defendants—by pretrial ruling. The entry for Exhibit 3037 has been removed as well.

Below is a chart mapping the government exhibit numbers from the first trial in this matter to the summaries containing substantially similar entries for admission in the retrial. The Below chart also contains the government's accounting of additions and changes from the previously admitted summaries, aside from the changes to the color-coding, call durations, and limiting instructions[1] (in accordance with pretrial rulings) throughout:

| 2021 Trial GX # | Corresponding 2022 Trial GX # and Changes from Previous Trial Summary |
|---|---|
| 1-1 | 1 <br> ➢ Subject line added to 2:14 PM entry <br> ➢ Added entries relating to GX 113 and 118 |
| 2-1 | 2 <br> ➢ Added entries for GX 219, 230, 232, and 234 |
| 3-1 | 3 <br> ➢ Added entries relating to GX 330 |
| 4-1 | 4 |
| 5-1 | 5 <br> ➢ Corrected citation to GX 410-2 (containing redactions as ordered by the Court, *see* C. Tr. at 2111:12-18) <br> ➢ Updated excerpt relating to GX 500 <br> ➢ Updated time for GX 566 <br> ➢ Added entries for GX 559, 9740 |
| 7-1 | 7 <br> ➢ Time zones entered for exhibits 766, 752, 753, 754, 755, 756, 757, 758, and 751 |
| 9-1 | 9 |

---

[1] To the extent the Court orders limiting instructions or excludes any underlying exhibits before the summaries are offered, the government will amend the summaries accordingly.

| 2021 Trial GX # | Corresponding 2022 Trial GX # and Changes from Previous Trial Summary |
|---|---|
| 10-1 | 10<br><br>➢ Added calls on 8/7/14 and 8/11/14 as contained in GX 8005 and 8058<br>➢ Added entries for GX 559, 1135, 9645, and 1175 |
| 10-2 | 11<br><br>➢ Added entry for GX 900 |
| 10-3 | 12<br><br>➢ Added entry for GX 1256 |
| 14-1 | 14<br><br>➢ Updated header date range<br>➢ Updated time for GX 1524<br>➢ Added phone call on 10/8/2012 |
| 14-2 | 15<br><br>➢ Added duration of calls on 11/13/2012 |
| 14-3 | 16<br><br>➢ Added entries for GX 1403, 1404, and 1722<br>➢ Updated time for GX 1538<br>➢ Updated header date range |
| 17-1 | 17<br><br>➢ Added entry for GX 1713<br>➢ Updated excerpt for GX 9722 |
| 18-1 | 18<br><br>➢ Replaced reference to "Fisher Testimony" with F-852[2] |
| 18-3 | 19 |
| 90-10 | 90-10 |

---

[2] This change was not provided by February 10, 2022. However, the government urges that the late-caught change to be allowed to correct a citation to testimony in the prior trial to instead cite an exhibit that will be admitted.

3

After February 10, 2022, the government added call durations into the summary exhibits for all called contained therein (some entries had already included durations), in response to multiple defendants' arguments that the summaries should include call durations. *See, e.g.*, ECF No. 715 at 8 ("the proposed exhibit repeatedly omits essential information…including the duration of phone calls"); 728 at 7 ("[T]he government has not corrected the systematic problem of omitting time zone and duration of calls throughout the document.").[3] The government would respectfully request to offer the summary exhibits *with* the call durations. However, recognizing that those additions were made after February 10, the government hereby submits summaries containing call durations as Attachment 1 to this filing, and ones without as Attachment 2.

If the February 10, 2022 deadline did not apply to defendants as well, the government further respectfully requests that the Court order defendants to provide the government copies of the summary exhibits that they may offer into evidence by a date certain. The government respectfully proposes March 4, 2022 to avoid any delays resulting from the government needing to inspect and review.

Dated: February 25, 2022        Respectfully submitted,

*/s/ Heather D. Call*
HEATHER CALL
MICHAEL KOENIG
PAUL TORZILLI
CAROLYN SWEENEY
Antitrust Division

---

[3] In the event that the defendants resist the addition of call durations, they should not be permitted to argue that the government seeks to mislead the jury by omitting call duration.

U.S. Department of Justice
450 Fifth Street NW, Suite 11048
Washington D.C. 20530
Tel: (202) 598-2623
Email: heather.call@usdoj.gov
*Attorneys for the United States*